# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 30 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUIONTE CRAWFORD, a.k.a.,<br>Kayla Stevens,<br><br>Defendant. | Criminal No. 1:19 cr 35 Kleeh<br><br>Violations: 18 U.S.C. § 2422A(b) |

## INFORMATION

The U.S. Attorney charges:

### COUNT ONE

(Enticement of a Minor)

In or about May, 2018, in Marion County, in the Northern District of West Virginia, defendant, **QUIONTE CRAWFORD, a.k.a., Kayla Stevens,** did knowingly use a facility and means of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, which is to say that he did knowingly use his smart phone and the internet to persuade, induce, entice, and coerce an individual who he knew was a minor and who is designated herein as **John Doe – 1**, a 14 year-old boy, to engage in sexually explicit conduct for the purpose of producing images and videos of such conduct, for which **Quionte Crawford** could be charged with a criminal offense, to wit: Sexual Exploitation of Children, Title 18, United States Code, Section 2251(a),

IN VIOLATION OF TITLE 18, UNITED STATES CODE SECTION 2422(b).

## COUNT TWO

(Enticement of a Minor)

In or about November, 2017, in Marion County, in the Northern District of West Virginia, defendant, **QUIONTE CRAWFORD, a.k.a., Kayla Stevens,** did knowingly use a facility and means of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, which is to say that he did knowingly use his smart phone and the internet to persuade, induce, entice, and coerce an individual who he knew was a minor and who is designated herein as **John Doe – 2**, a 15 year-old boy, to engage in sexually explicit conduct for the purpose of producing images and videos of such conduct, for which **Quionte Crawford** could be charged with a criminal offense, to wit: Sexual Exploitation of Children, Title 18, United States Code, Section 2251(a),

IN VIOLATION OF TITLE 18, UNITED STATES CODE SECTION 2422(b).

## **COUNT THREE**

(Enticement of a Minor)

From in or about December, 2017 to in or about January, 2018, in Marion County, in the Northern District of West Virginia, defendant, **QUIONTE CRAWFORD, a.k.a., Kayla Stevens,** did knowingly use a facility and means of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, which is to say that he did knowingly use his smart phone and the internet to persuade, induce, entice, and coerce an individual who he knew was a minor and who is designated herein as **John Doe – 3**, a 15 year-old boy, to engage in sexually explicit conduct for the purpose of producing images and videos of such conduct, for which **Quionte Crawford** could be charged with a criminal offense, to wit: Sexual Exploitation of Children, Title 18, United States Code, Section 2251(a),

IN VIOLATION OF TITLE 18, UNITED STATES CODE SECTION 2422(b).

## **COUNT FOUR**

(Enticement of a Minor)

From in or about March, 2018 to in or about April, 2018, in Marion County, in the Northern District of West Virginia, defendant, **QUIONTE CRAWFORD, a.k.a., Kayla Stevens,** did knowingly use a facility and means of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, which is to say that he did knowingly use his smart phone and the internet to persuade, induce, entice, and coerce an individual who he knew was a minor and who is designated herein as **John Doe – 4**, a 15 year-old boy, to engage in sexually explicit conduct for the purpose of producing images and videos of such conduct, for which **Quionte Crawford** could be charged with a criminal offense, to wit: Sexual Exploitation of Children, Title 18, United States Code, Section 2251(a),

IN VIOLATION OF TITLE 18, UNITED STATES CODE SECTION 2422(b).

## COUNT FIVE

(Enticement of a Minor)

In or about December, 2018, in Marion County, in the Northern District of West Virginia, defendant, **QUIONTE CRAWFORD, a.k.a., Kayla Stevens,** did knowingly use a facility and means of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, which is to say that he did knowingly use his smart phone and the internet to persuade, induce, entice, and coerce an individual who he knew was a minor and who is designated herein as **John Doe – 5**, a 15 year-old boy, to engage in sexually explicit conduct for the purpose of producing images and videos of such conduct, for which **Quionte Crawford** could be charged with a criminal offense, to wit: Sexual Exploitation of Children, Title 18, United States Code, Section 2251(a),

IN VIOLATION OF TITLE 18, UNITED STATES CODE SECTION 2422(b).

_____
WILLIAM J. POWELL
United States Attorney