# UNITED STATES DISTRICT COURT

## FOR THE

### NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.  No. 1:19-CR- 35

**QUIONTE CRAWFORD,**
**Defendant**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment of more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by Indictment and consent to prosecution by Information.

Date: _____

_____
Quionte Crawford, Defendant


_____
Matthew Delligatti, Esq
Counsel for Defendant


_____
United States District Judge
UNITED STATES DISTRICT COURT