IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.   CRIMINAL NO. 1:19CR35

QUIONTE CRAWFORD, a.k.a.,
Kayla Stevens

Defendant.

FILED
MAY 30 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## NOTICE OF APPEARANCE

Now comes the United States of America and requests the Court to note the appearance of David J. Perri, Assistant United States Attorney for the Northern District of West Virginia, United States Attorney's office, 1125 Chapline Street, Wheeling, West Virginia, 26003, email address is David.Perri@usa.doj.gov, and his Legal Assistant's email address is Deborah.Blasher@usdoj.gov, phone number (304) 234-0100, fax number (304) 234-0111, as counsel for the United States in this matter.

By: /s/ David J. Perri
David J. Perri
Assistant United States Attorney