IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUN 2 0 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

Plaintiff,

v.

QUOINTE CRAWFORD,

Defendant.

Criminal Action No.:   1:19-CR-35
(JUDGE KLEEH)

## WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

I, Quointe Crawford, being charged with Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), in the Northern District of West Virginia, and being advised of the nature of the charges in the Information and of my right to have my guilty plea taken by a United States District Judge, hereby waive my right and, instead, consent to have the United States Magistrate Judge hear my guilty plea.

_____        06-20-19
Quointe Crawford                       Date

_____        6/20/19
Counsel for Defendant                  Date

### Concurrence of the United States Attorney

The United States of America and William J. Powell, United States Attorney for the Northern Judicial District of West Virginia, by ___David Perri___, Assistant United States Attorney, hereby consent and agree to have the Federal Magistrate Judge take the defendant's guilty plea in this case.

_____
Assistant United States Attorney