AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF WEST VIRGINIA

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No.: | 1:19-CR-35 |
| Quionte Crawford | ) | | |
| *Defendant* | ) | | |

FILED

JUN 2 0 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 20, 2019

*Defendant's signature*

*Signature of defendant's attorney*

Matthew S. Delligatti
*Printed name of defendant's attorney*

*Judge's signature*

MICHAEL JOHN ALOI, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*