IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                            Crim. Action No. 1:19CR35

**QUIONTE CRAWFORD,**
**a.k.a. Kayla Stevens,**

    **Defendant.**

## ORDER SCHEDULING SENTENCING

The sentencing hearing in this matter is **SCHEDULED** for **November 15, 2019**, at **10:30 A.M.** at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and all appropriate agencies.

DATED: October 3, 2019

                                              */s/* Thomas S. Kleeh
                                              THOMAS S. KLEEH
                                              UNITED STATES DISTRICT JUDGE