```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                      **Crim. Action No. 1:19CR35**

**QUIONTE CRAWFORD,**
**a.k.a. Kayla Stevens,**

    **Defendant.**

## ORDER RESCHEDULING SENTENCING

The sentencing hearing in this matter is **RESCHEDULED** for **November 22, 2019**, at **10:00 A.M.** at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and all appropriate agencies.

DATED: November 14, 2019

                                                         */s/* Thomas S. Kleeh
                                                         THOMAS S. KLEEH
                                                         UNITED STATES DISTRICT JUDGE