## IN THE UNITED STATES DISTRIC COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                      **CRIMINAL NO.   1:19CR35**
                                                                 **(Judge Kleeh)**

**QUIONTE CRAWFORD,**
        **Defendant.**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the defendant in the above-captioned case, Quionte Crawford, by his counsel, Matthew S. Delligatti, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of the United States District Court entered on November 25, 2019.

The defendant, being without funds and previously having been deemed indigent under the provisions of the Criminal Justice Act, respectfully requests the appointment of counsel to prosecute this appeal.

Dated: November 26, 2019                      Respectfully submitted,

                                                     **QUIONTE CRAWFORD**
                                                     Defendant,
                                                     By Counsel.

                                                     /s/Matthew S. Delligatti
                                                     Matthew S. Delligatti, Esq.
                                                     WV   State Bar No. 11625
                                                     Kettering Delligatti Law Offices, PLLC
                                                     P.O. Box 942
                                                     Fairmont, WV 26554
                                                     Phone: (304) 363-0444
                                                     Fax:    (304) 363-0443
                                                     Email: matt.kdlaw@gmail.com
                                                     *Counsel for Defendant*

IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**     **CRIMINAL NO.   1:19CR35**
                                                                            (**Judge Kleeh**)

**QUIONTE CRAWFORD,**
      **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2019, I electronically filed the forgoing "*Notice of Appeal"* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send the filing to the United States of America and all co-defendants' counsel.

                                                /s/Matthew S. Delligatti
                                                Matthew S. Delligatti, Esq.
                                                *Counsel for Defendant*