FILED:  December 2, 2019

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 19-4876
(1:19-cr-00035-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

QUIONTE CRAWFORD, a/k/a Kayla Stevens, a/k/a Quionte Jordan Crawford

      Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
| Originating Case Number | 1:19-cr-00035-TSK-MJA-1 |
| Date notice of appeal filed in originating court: | 11/26/2019 |
| Appellant | Quionte Crawford |
| Appellate Case Number | 19-4876 |
| Case Manager | Cyndi Halupa 804-916-2704 |