FILED: December 3, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4876
(1:19-cr-00035-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

QUIONTE CRAWFORD, a/k/a Kayla Stevens, a/k/a Quionte Jordan Crawford

    Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to withdraw as counsel on appeal.

The court appoints the Federal Defender for the Northern District of West Virginia to represent Quionte Crawford on appeal.

Former counsel shall immediately provide new counsel with all case papers, including any prepared transcripts, and information of relevance to the representation.

The court having granted the motion to withdraw and having appointed new counsel, any motion by new counsel to withdraw shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk