FILED: March 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-4876
(1:19-cr-00035-TSK-MJA-1)

———————————

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

QUIONTE CRAWFORD, a/k/a Kayla Stevens, a/k/a Quionte Jordan Crawford

  Defendant - Appellant

———————————

M A N D A T E

———————————

The judgment of this court, entered February 19, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

               */s/Patricia S. Connor, Clerk*