# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 1:19CR35

QUIONTE CRAWFORD,

    Defendant.

## MOTION BY COUNSEL FOR A BRIEFING SCHEDULE

Comes now, L. Richard Walker, First Assistant Federal Public Defender, counsel for the Defendant, Quionte Crawford, and moves this Court for a briefing schedule in connection with the defendant's pro see petition pursuant to 28 U.S.C. sec. 2255.  Undersigned sees a need to file a possible pleading in support of defendant's pro se 2255 petition:

January 17, 2022:    Petitioner to file supplemental petition, if any.

February 17, 2022:    Government's response.

March 4, 2022:    Petitioner's reply.

The Government represented by Dave Perri has no objection.

                                            Respectfully submitted,

By:    */s/ L. Richard  Walker*
          L. Richard Walker
          WV State Bar No. 9580
          Federal Public Defender Office
          230 West Pike Street, Suite 360
          Clarksburg, West Virginia 26302
          Tel.: (304) 622-3823
          E-Mail: Richard_Walker@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on October 28, 2021, I filed the foregoing via facsimile with the Clerk of the Court. A copy was served via CMECF to the following:

**David J. Perri, Assistant U. S. Attorney**
**1125 Chapline Street, Suite 3000**
**P. O. Box 591**
**Wheeling, WV 26003-0000**

By:   /s/ L. Richard Walker
      L. Richard Walker
      WV State Bar No. 9580
      Federal Public Defender Office
      230 West Pike Street, Suite 360
      Clarksburg, West Virginia 26302
      Tel.: (304) 622-3823
      E-Mail: Richard_Walker@fd.org