IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                       Crim. Action No. 1:19-CR-35
                                                            Judge Kleeh)

**QUIONTE CRAWFORD,**

    **Defendant.**

### ORDER SETTING BRIEFING SCHEDULE

Pending before the Court is a Motion by Counsel for a Briefing Schedule [ECF No. 48]. The Court **GRANTS** the motion to the extent that it requests a briefing schedule with respect to Defendant's petition under 28 U.S.C. § 2255 [ECF No. 44], but the Court sets the following deadlines:

- **March 4, 2022**: Petitioner to file supplemental petition, if any;
- **April 1, 2022**: Government's response;
- **April 15, 2022**: Petitioner's reply.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: January 18, 2022

                                       /s/ Thomas S. Kleeh
                                       THOMAS S. KLEEH
                                       UNITED STATES DISTRICT JUDGE