THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 1:19CR35

QUIONTE CRAWFORD,

    Defendant.

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE 2255 PETITION

Comes now, the defendant, Quionte Crawford, through counsel, L. Richard Walker, Assistant Federal Public Defender, respectfully filing this Unopposed Motion to Extend the Deadline to File the supplement to Mr. Crawford's petition in the matter.

By Order of the Court, any supplement by counsel to Mr. Crawford's "2255 petition" must be filed on or before March 4, 2022. Undersigned counsel believes that additional time will be necessary in order to properly prepare the petition. Undersigned would like to meet with Mr. Crawford in person. He is incarcerated at USP Allenwood, Pennsylvania. This visit has been difficult to schedule given the distance in involved.

1

The Government, represented by David Peri does **not oppose** this request for additional time to prepare and file the petition.

WHEREFORE, Appellant respectfully requests an additional thirty (60) days to file any supplement to Mr. Crawford's petition.

Respectfully submitted,

By: /s/ L. Richard Walker
L. Richard Walker
WV State Bar No. 9580
Federal Public Defender Office
230 West Pike Street, Suite 360
Clarksburg, West Virginia 26302
Tel.: (304) 622-3823
E-Mail: Richard_Walker@fd.org

**CERTIFICATION OF SERVICE**

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court for the Northern District of West Virginia using the CM/ECF system, which will send notification of such filing to the following CM/ECF user:

**David J. Perri, Assistant U. S. Attorney**
**1125 Chapline Street, Suite 3000**
**P. O. Box 591**
**Wheeling, WV 26003-0000**

By:  */s/ L. Richard Walker*
     L. Richard Walker
     WV State Bar No. 9580
     Federal Public Defender Office
     230 West Pike Street, Suite 360
     Clarksburg, West Virginia 26302
     Tel.: (304) 622-3823
     E-Mail: Richard_Walker@fd.org