```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                   **Crim. Action No. 1:19-CR-35**
                                                               **(Judge Kleeh)**

**QUIONTE CRAWFORD,**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND DEADLINE TO FILE 2255 PETITION

Pending before the Court is Defendant's *Unopposed Motion to Extend Deadline to File 2255 Petition* [ECF No. 50]. For the reasons stated therein, the motion is **GRANTED**. The Court hereby sets the following briefing schedule with respect to Defendant's petition under 28 U.S.C. § 2255 [ECF No. 44]:

- **May 13, 2022:** Petitioner to file supplemental petition, if any;

- **June 10, 2022:** Government's response;

- **June 24, 2022:** Petitioner's reply.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: March 3, 2022

                                    <u>/s/ Thomas S. Kleeh</u>
                                    THOMAS S. KLEEH
                                    UNITED STATES DISTRICT JUDGE