**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg**

**QUIONTE CRAWFORD,**

                    Petitioner,

          **v.**                                        **Crim. Action No.   1:19-CR-35**
                                                        **Civil Action No.   1:21-CV-114**
                                                        Judge Kleeh

**UNITED STATES OF AMERICA,**

                    Respondent.

### ORDER GRANTING EXTENSION

Pending before this Court is the United States' Motion for Extension of Time [Doc. 53], filed June 9, 2022.   Therein, the United States requests an extension of thirty days to file their response to Petitioner's Motion to Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.   Counsel for the United States indicates that petitioner's counsel does not object to said continuance.

For reasons appearing to the Court, the Motion [**Doc. 53**] is hereby **GRANTED**, and respondent shall have an additional **thirty (30) days**, or until <u>July 11, 2022</u>, to file its response.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** June 14, 2022.

                                        /s/ *Michael John Aloi*
                                        MICHAEL JOHN ALOI
                                        UNITED STATES MAGISTRATE JUDGE

1