# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Clarksburg

**QUIONTE CRAWFORD,**

    Petitioner,

v.                                    **Crim. Action No.**   1:19-CR-35
                                        **Civil Action No.**   1:21-CV-114
                                        Judge Kleeh

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER GRANTING EXTENSION

Pending before this Court is the United States' Second Motion for Extension of Time [Doc. 55], filed July 8, 2022.  Therein, the United States requests an additional extension of time, until July 25, 2022, to file its response to Petitioner's Motion to Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  Counsel for the United States indicates that petitioner's counsel does not object to said continuance.

For reasons appearing to the Court, the Motion [**Doc. 55**] is hereby **GRANTED**, and respondent shall have until **July 25, 2022**, to file its response.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and send to the *pro se* party by certified mail.

**DATED:** July 12, 2022.

                                                                       /s/ *Michael John Aloi*
                                                                       MICHAEL JOHN ALOI
                                                                       UNITED STATES MAGISTRATE JUDGE