THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 1:19CR35

QUIONTE CRAWFORD,

    Defendant.

### *UNOPPOSED* MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION RECOMMENDING THE DENIAL OF CRAWFORD'S 2255 PETITION

Comes now, the defendant/petitioner Quionte Crawford, through counsel, L. Richard Walker, First Assistant Federal Public Defender, respectfully filing this Unopposed Motion to Extend the Deadline to File his objections to the Report and Recommendation which recommends the denial of Mr. Crawford's 2255 petition issued on September 7, 2022. By the directives in the Report, any objections must be filed on or before September 21, 2022. Undersigned counsel believes that additional time will be necessary in order to properly prepare the objections. Mainly, undersigned would like to confer with Mr. Crawford in person, if possible. Mr. Crawford is incarcerated at USP Allenwood, Pennsylvania, making in person visits difficult given the distance. Alternatively, if an in-person visit is not possible, it will

1

take time more to schedule a legal call.

The Government, represented by AUSA David Peri does **not oppose** this request for additional time to prepare and file the objections.

WHEREFORE, Appellant respectfully requests an additional thirty (30) days to file any objections to the Report recommending the denial of Mr. Crawford's 2255 Petition.

Respectfully submitted,

By:   /s/ L. Richard Walker
     L. Richard Walker
     WV State Bar No. 9580
     Federal Public Defender Office
     230 West Pike Street, Suite 360
     Clarksburg, West Virginia 26302
     Tel.: (304) 622-3823
     E-Mail: Richard_Walker@fd.org

**CERTIFICATION OF SERVICE**

I hereby certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of the Court for the Northern District of West Virginia using the CM/ECF system, which will send notification of such filing to the following CM/ECF user:

**David J. Perri, Assistant U. S. Attorney**
**1125 Chapline Street, Suite 3000**
**P. O. Box 591**
**Wheeling, WV 26003-0000**

By: */s/ L. Richard Walker*
     L. Richard Walker
     WV State Bar No. 9580
     Federal Public Defender Office
     230 West Pike Street, Suite 360
     Clarksburg, West Virginia 26302
     Tel.: (304) 622-3823
     E-Mail: Richard_Walker@fd.org