IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                                          CRIMINAL NO. 1:19-CR-35
                                                               (KLEEH)

**QUIONTE CRAWFORD,**

    **Defendant.**

### ORDER GRANTING MOTION FOR EXTENSION [ECF NO. 61]

Defendant has moved the Court to extend the deadline to file objections to the Report and Recommendation ("R&R") pending in this case. Counsel for Defendant states that he requires additional time to prepare his objections and would like to meet with Defendant before filing them. The Government does not oppose the request for additional time. For good cause shown, the motion is **GRANTED** [EF No. 61]. Defendant may file objections to the R&R on or before **October 21, 2022.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 21, 2022

/s/ Thomas S. Kleeh
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA