# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.                                                    Criminal Action No. 1:19CR35
                                                                  1:21CV114

QUIONTE CRAWFORD,

    **Defendant.**

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the defendant in the above-captioned case, Quionte Crawford, by counsel, L. Richard Walker, First Assistant Federal Public Defender, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Memorandum Opinion And Order Adopting Report And Recommendation And Denying And Dismissing Petition Under 28 U.S.C. § 2255 of the United States District Court entered on September 5, 2024.

The defendant, being without funds and previously having been deemed indigent under the provisions of the Criminal Justice Act, respectfully requests the appointment of counsel to prosecute this appeal.

**DATED** this the 20th day of September 2024.

                                                                     Respectfully submitted,
                                                                     QUIONTE CRAWFROD

By:    <u>s/ L. Richard Walker</u>
        L. Richard Walker
        WV State Bar No. 9580
        Federal Public Defender Office
        230 West Pike Street; Suite 360
        Clarksburg, West Virginia 26301
        Tel: (304) 622-3823
        Fax: (304) 622-4631
        E-Mail: richard_walker@fd.org

## CERTIFICATION OF SERVICE

I certify that on September 20, 2024, I have filed the foregoing with the Clerk's office using the electronic filing system which should automatically send an electronic copy to opposing counsel listed below:

**David J. Perri**
**U.S. Attorney's Office - Whg**
**PO Box 591**
**Wheeling, WV 26003**
**304-234-0100**

By: *s/ L. Richard Walker*
L. Richard Walker
WV State Bar No. 9580
Attorney for Defendant
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel: (304) 622-3823
Fax: (304) 622-4631
E-Mail: richard_walker@fd.org