## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 09/20/24 <br><br> ___ First NOA in Case <br> ✓ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA  ___ Paper Supp. <br> Vols: _____ <br> Other: Case Number: 19-4876 | **District:** <br> Northern <br><br> **Division:** <br> Clarksburg <br><br> **Caption:** <br> USA vs Quionte Crawford | **District Case No.:** <br> 1:19-cr-35 <br><br> **4CCA No(s). for any prior NOA:** <br><br><br> **4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case: <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ✓ In custody <br> ___ On bond <br> ___ On probation <br><br> **Defendant Address**-Criminal Case: <br> Quionte Crawford (12934087) <br> FCI ALLENWOOD MEDIUM <br> P.O. BOX 2000 <br> WHITE DEER, PA 17887 | **Fee Status:** <br> ___ No fee required (USA appeal)  ___ Appeal fees paid in full  ✓ Fee not paid <br> **Criminal Cases:** <br> ✓ Defendant proceeded under CJA in district court. <br> ___ Defendant did not proceed under CJA in district court. <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) <br> **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:** <br> Thomas S Kleeh | |
| **Court Reporter** (list all): <br> S Harlow <br><br><br><br><br><br><br> **Coordinator**: Kim Criswell | **Sealed Status** (check all that apply): <br> ✓ Portions of record under seal <br> ____ Entire record under seal <br> ____ Party names under seal <br> ____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | ✓ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ✓ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: |

Deputy Clerk: H. Carson _____    Phone: 3046228513 _____    Date: 09/23/24 _____

02/2023