FILED:  September 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6926
(1:19-cr-00035-TSK-MJA-1)
(1:21-cv-00114-TSK)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

QUIONTE CRAWFORD, a/k/a Kayla Stevens, a/k/a Quionte Jordan Crawford

      Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
| Originating Case Number | 1:19-cr-00035-TSK-MJA-1<br>1:21-cv-00114-TSK |
| Date notice of appeal filed in originating court: | 09/20/2024 |
| Appellant(s) | Quionte Crawford |
| Appellate Case Number | 24-6926 |
| Case Manager | Karen Stump<br>804-916-2704 |