FILED: December 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6926
(1:19-cr-00035-TSK-MJA-1)
(1:21-cv-00114-TSK)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

QUIONTE CRAWFORD, a/k/a Kayla Stevens, a/k/a Quionte Jordan Crawford

Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK