FILED: January 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6926
(1:19-cr-00035-TSK-MJA-1)
(1:21-cv-00114-TSK)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

QUIONTE CRAWFORD, a/k/a Kayla Stevens, a/k/a Quionte Jordan Crawford

      Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered December 2, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*